FILED
OFFICE

2004 OCT 13 P 1:59

UNITED STATES DISTRICT COURT
FOR THE ~~EASTERN~~ DISTRICT OF MASSACHUSETTS
~~SPRINGFIELD,~~ MASSACHUSETTS
~~BOSTON,~~

04-12163 JLT

*Referred to MJ LPCohen*

CHRISTOPHER WOODWARD CLEM )
Plaintiff, Petitioner )
)
v. )
)
)
)
OY KEIKKAUS NETHERLANDS SWEEPSTAKES LOTTERY, )
STANDARD TRUST BANK INTERNATIONAL PLC, and )
THE HIGH COURT OF NIGERIA )
Defendants )
)
)

Plaintiff, Mr. Christopher Woodward Clem, alleges:

1. Plaintiff is, and at all times mentioned in this complaint was, a resident of Franklin County, Massachusetts, *and a citizen of The USA living at 60 Bayberry Court Greenfield, MA 01301*

2. Defendant Oy Keikkaus Netherlands Sweepstakes Lottery (Keikkaus), is, and at all times mentioned in this complaint was a corporation organized and existing under the laws of Netherlands, with its principal place of business located at n.1, Burdenstraat 21b, 1002 DS Amsterdam, The Netherlands.

3. Defendant Standard Trust Bank International PLC (Standard Trust) is, and at all times mentioned in this complaint was a corporation organized and existing under the laws of Lagos State, Nigeria with its principal place of business located at Tinubu Square, Lagos, Lagos State, Nigeria..

4. Defendant The High Court of Nigeria (High Court)is and at all times mentioned in this complaint is a government agency of the Federal Republic of Nigeria, with its principal place of business located in Lagos, Lagos State, Nigeria.

5. On September 23, 2004, plaintiff received in his e-mail a message from defendant Keikkaus that states plaintiff's name had been selected as the winner in the Lottery Winners International promo Christmas bonanza and that plaintiff had won US$1,200,000.00 or a portion thereof. The message stated that his e-mail address was attached to ticket number 025-1146-1992-750 with numbers 13-15-22-37-39-43 that won in the second category. The message also stated that all

the plaintiff had to do is to file his claim with Jane Parry of the Jane Parry Agency International Limited by e-mailing them at mrs_j_parry@hotmail.com.

6. On September 23, 2004 plaintiff e-mailed his claim at no cost to mrs_j_parry@hotmail.com on the claim form sent via e-mail to the plaintiff.

7. On September 27, 2004 plaintiff received a message from mrs_j_parry@hotmail.com to travel to Amsterdam in person to receive his check (which could be as little as $100) or if the plaintiff cannot travel to Amsterdam then his would be directed to our Europe/Africa paying bank to issue the check for the defendant.

8. On September 27, 2004 plaintiff received a e-mail message from mrs_j_parry@hotmail.com To contact Mr. Oladimeji Isaac, foreign operation manager of defendant Standard Trust stating that the bank will issue a cheque for the plaintiff.

9. On September 28, 2004 plaintiff received via e-mail a message from defendant Standard Trust a won prize request form to fill out and send back to defendant Standard Trust by e-mail at the e-mail address at no cost info_stbplc@yahoo.co.uk which the plaintiff did on the same day. The defendant stated on that prize request form while filling it out stated that he wanted the prize funds to be sent via MoneyGram (electronic funds transfer) to his bank account and he put his bank routing number and his bank account number on the said form.

10. On September 30, 2004 plaintiff received from defendant Standard Trust via e-mail an affidavit form from defendant High Court to print out from his e-mail and send it back via e-mail scan to defendant Standard Trust. That affidavit form mentioned that the plaintiff actually won US$1,200,000 and the prize funds came from defendant Keikkaus.

11. On October 5, 2004 received a e-mail message from defendant Standard Trust to send a US$385 payment to defendant High Court which MUST be sent before the plaintiff could be sent his prize of US$1,200,000 which may be as little as US$10 or may be greatly delayed or not even received at all.

12. The representations made by defendant Keikkaus as to the prize won by plaintiff may be possibly false when the defendants Keikkaus and High Court made them, in that the US$1,200,000 that could be supposedly won by plaintiff could be far less of even nothing at all.

13. Defendant High Court made these representations on their affidavit form with the intent and for the purpose of deceiving plaintiff into relying on them.

14. Defendant Standard Trust made this representation in their October 5 e-mail message for the plaintiff to send US$385 to defendant High Court for the purpose of deceiving plaintiff into relying on them.

15. Plaintiff's reliance on the defendants's representations was reasonable under the circumstances, in the fact that the plaintiff read in the first e-mail message from defendant Keikkaus and confirmed on the affidavit form from defendant High Court the he was going to be awarded a cash prize of US$1,200,000 and all he had to pay to get it was US$385 and in that the plaintiff was an EAIDC and Food Stamp recipient from the Massachusetts Department of Transitional Assistance that hearing about the cash prize was going to paid to the plaintiff was going to place the plaintiff on the PASS program and do anything to get the plaintiff the cash prize so that the plaintiff would not EVER again apply or be on any public assistance, social service, or welfare programs again to reduce taxpayer costs. Plaintiffs only other income is employment at Greenfield Inn as a hotel janitor in which he is paid US$63 weekly for his part-time employment.

16. On September 23, 2004 plaintiff received a e-mail message stated that he has been approved for a lump sum payout out of US$1,200,000.00 from defendant Keikkaus. On examing the US$1,200,000.00 plaintiff thought that it could be worth no more than US$10 or even no prize it all, far less than the US$385 that must be paid by plaintiff to defendant High Court for the so-called courier and stamp fees of the affidavit before defendant Standard Trust can release and send the so-called prize to the plaintiff. A copy of this e-mail message that mentions defendant Keikkaus's geographical address in The Netherlands is attached to this complaint as Exhibit A and incorporated by reference. A copy of the affidavit from defendant High Court that was e-mailed on September 30, 2004 from defendant Standard Trust is attached to this complaint as Exhibit B.

17. On October 5, 2004 plaintiff received a e-mail message from defendant High Court that stated that he must pay defendant High Court US$385 to have the cash prize sent to him. A copy of the e-mail message is attached to this complaint as Exhibit C, and incorporated by reference.

18. As a direct and proximate result of the conduct of all of the defendants as described above, plaintiff has been damaged in the sum of US$1,199,500.00.

Wherefore, plaintiff requests judgement against defendant Keikkaus for:

1. His prize money of US$1,200,000.00 and that out of it that US$500 is to be paid to defendant High Court in Lagos, Nigeria for stated processing fees and a small tip.

Signed
Mr. Christopher Woodward Clem
60 Bayberry Court
Greenfield, MA 01301

Exhibit A

**YAHOO! MAIL**  Welcome, christopherclem [Sign Out, My Account]

Search the web

Mail Home - Help

# ● ATTENTION

# SAVE MONEY!! REFINANCE

Mail | Addresses | Calendar | Notepad

christopherclem@yahoo.com [Sign Out]

Check Mail | Compose | Search Mail

Mail Upgrades - Mail Options

Free Cell Phone w/ Yahoo! Mail

**Folders** [Add - Edit]
- Inbox
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

Easy as 1-2-3. Free Credit Report

$200K loan for only $690/month!

Do you know your RealAge?

A Credit Card for You!

Previous | Next | Back to Messages

Printable View - Full Headers

Delete | Reply | Forward | Spam                Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Thu, 23 Sep 2004 02:45:06 -0700
**From:** jim_robert1@tiscali.co.uk  Add to Address Book
**Subject:** OUR LOTTO WINNER

OY KEIKKAUS NETHERLANDS SWEEPSTAKES LOTTERY, n.1,
BURDENSTRAAT 21B,1002 DS ,AMSTERDAM, THE NETHERLANDS.
FROM: THE DESK OF THE PROMOTIONS MANAGER,
INTERNATIONAL PROMOTIONS/PRIZE AWARD DEPARTMENT,
REF:OYL /2551256003/22
BATCH: 14/0017/IPD ATTENTION: SIRRE/ AWARD
NOTIFICATION; FINAL NOTICE
We are pleased to inform you of the result of the Lottery
Winners International promo Christmas bonanza held on the
17Th of Aug,  2004 and anounced on the 23th of Sept
2004. Your e-mail address attached to ticket number
025-1146-1992-750, with  drew lucky
numbers  13-15-22-37-39-43 which consequently won in the 2nd
category, you have therefore been approved for a lump sum
pay out of US$ 1,200,000.00 (Two Million United States Dollars)
                     CONGRATULATIONS!!!
Due to mix up of some numbers and names, we ask that you
keep your winning information very confidential till your
claims has been processed and your prize/money Remitted to you.
This is part of our security protocol to avoid double
claiming and unwarranted abuse of this program by some participants.
All participants were selected through a computer
ballot system drawn from over 200,000,000 company and
300,000,000 individual email addresses and names from all over the
world.
This promotional program takes place qauterly. We hopewith
part of your winning you will take part in our nextqauters
USD10 million international lottery promo.
To file for your claim, please contact our/your fund agent MRS JANE
PARRY
of the,
JANE PARRY AGENCY INTERNATIONAL LIMITED Email: mrs_j_parry@hotmail.com
Note that all winning must be claimed not later than three weeks of
notification
. After this date all unclaimed, funds will be included
in the next stake. Please note in order to avoid
unnecessary delays and complications please remember to
quote your reference number,the amount won and batch numbers in all
correspondence.
Furthermore,should there be any change of address do inform
our agent as soon as possible. Congratulations once more from our
members

EXHIBIT B





# IN THE HIGH COURT OF NIGERIA

## HOLDEN IN THE LAGOS JUDICIAL DIVISION

### SWORN AFFIDAVIT OF CLAIM/NOTARIZATION

1. That I, Dr./Mr./Mrs./Miss. **Christopher Woodward Clem** of **Greenfield, Massachusetts, United States of America** having participated in the Annual lottery promotion 2003/2004 organized by the OY-KEIKKAUS INTERNATIONAL LOTTO, Amsterdam, The Netherlands

2. That having won in the "3RD" category through a computerized random ballot system drawn from 25,000 names covering Australia, New Zealand, South America, Europe, North America, Africa and Asia is now declared lucky winner of $1,200,000 (One Million, Two Hundred Thousand United States Dollars only).

3. That having regard to section 5 (1) of the Netherland's Lottery/Games Ordinances as Amended which interalia made it compulsory to swear to this affidavit to confer ownership of the said sum of notarizing my prize award, I hereby submit to this legitimate condition to enable the Honourable Oath Commissioner append his seal of authority upon my full compliance with the payment of the statutorily approved processing fees.

4. That upon the submission and subsequent endorsement of the said Notarized Documentation in the High Court of Nigeria shall bestow on me the winning status to enable the **OY-KEIKKAUS INTERNATIONAL LOTTO**, Amsterdam, The Netherlands release my cheque.

5. That this undertaking is made under oath and for the payment purpose.

6. That I made this affidavit of undertaking in good faith and in accordance with the oath laws of the Government 1956.

Sworn to the High Court of Nigeria.

*Christopher Woodward Clem*
Deponent (Date) October 8, 2004


Commissioner of Oath (Date)

Registrar (Date)

EXHIBIT C

# YAHOO! Mail

**Inbox for christopherclem@yahoo.com**

Yahoo! - My Yahoo! Options - Sign Out -

Mail  Addresses  Calendar  Notes

**Mail Home**

- Check Mail
- Compose
- Folders
- Search
- Options
- Subscriptions
- Help Desk
- Sign Out

- Send a Greeting
- Send $$ to a Friend

Reply | Reply All | Forward | as attachment

Prev | Next | Inl

Flag This Message

Download Attachm
Printable View - Full Head

**Date:** Tue, 5 Oct 2004 09:42:29 -0700
**To:** "standard trustbank" <info_stbbankplc@yahoo.co.uk>
**From:** "CopyCat PrintShop" <greenfield@copycatprintshop.com>
**Subject:** Re: IN PROGRESS
**CC:** christopherclem@yahoo.com

Add Addresses

```
Please address your email to christopherclem@yahoo.com.  We are the
third party that did the scans not the interested party.

Thank you.


>WE RECEIVE YOUR AFFIDAVIT  , WE SHALL GET BACK TO YOU AS SOON AS WE
>VERIFY YOUR DOCUMENT,YOUR CHEQUE WILL BE PREPARED ON WEDNESDAY
> MORNING AS SOON AS WE SEEK APPROVAL FROM THE OFFICE OF ACCOUNT
>GENERAL OF THE FEDERATION,MEANWHILE YOU TO TO MAKE COMPULSORY
>PAYMENT OF $85.00USD AND $300.00 TOTAL $385.00USD(COURIER FEES AND
>STAMP FEES OF THE AFFIDAVIT IN HIGH COURT OF LAGOS NIGERIA BEFORE WE
>CAN BE AUTHORISED TO WRITE THE CHEQUE BY THE HIGH COURT, WE DONT
>WANT TO BEND THE LAW OF THE LAND,GET BACK TO GIVE YOU METHOD OF
>PAMENT).
>OLADIMEJI ISAAC
>FOREGN OPERATION DEPARTMENT
>
>
>
>
><http://uk.rd.yahoo.com/evt=21626/*http://uk.messenger.yahoo.com>ALL-
>NEW Yahoo! Messenger - all new features - even more fun!
```

Click a ☺ to send an instant message to an online friend   ☺ = Online, ☹ = Of

Reply | Reply All | Forward | as attachment   Prev | Next | Inl

♡ **Yahoo! Personals - Where millions of singles meet** ♡

Address Book · Auctions · Autos · Briefcase · Calendar · Careers · Chat · Classifieds · Finance · Games · Geocitie
Greetings · Groups · Kids · Launch · Mail · Maps · Member Directory · Messenger · Mobile · Movies · Music · My Yah
News · PayDirect · People Search · Personals · Photos · Platinum · Shopping · Sports · TV · Travel · Warehouse
Weather · Yellow Pages · more...

Privacy Policy - Terms of Service - Guidelines
Copyright © 1994-2004 Yahoo! Inc. All rights reserved.