March 13, 2005
60 Bayberry Court
Greenfield, MA 01301-9524
ChristopherClem@Yahoo.com
413-824-8524

FILED
IN CLERKS OFFICE

2005 MAR 11  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

To whom it may concern:

    Please Do not dismiss my case Against Keikkhaus and Standard Trust Bank (no 1.04-12163-JLT) As(1) The Department of Transitional Assitance of the State of Massachusetts has ordered that I sue to get that 1.2 Million dollars that Keikkhaus and Standard Trust Bank has but is Extremely unwilling to pay me, because I'm receiving EAIDC payments from The Department and that if the case is dismissed or I drop this case The DTA of the state of Massachusetts will close my food stamp and EAIDC case and not pay me anything.  (2) The Greenfield Police Department has ordered me to pursue this case so that I would be a self-sufficent citizen of the community instead of being a lazy vagrant.  (3) Keikkhaus, Tiscali UK Plc and Standard Trust Bank has the funds to pay me the prize that they offered to pay me, but are extremely unwilling to award me the money.  (4)  I have no family, friends, relatives that would support me, finically or orderwise and they have ordered me to be totally self-sufficent in cash.  Also I have applied for hundreds of jobs, but the only one I have been offered was a summer job at Yellowstone National Park. And I'm 47 years of age and I'm not acceptable into any government or publically funded vocational training programs.

    Please DO NOT dimiss my lawsuit as I really really need that money and I really have no income and no assets.

Very Truly Yours:

*Christopher W. Clem*

Mr. Christopher W. Clem

P.S. This is a real diversity of citizenship case in which I'm the only American involved

C. Clem