```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CHRISTOPHER WOODWARD CLEM,
          Plaintiff,
                                    Civil Action
          v.                        No. 04-12163-JLT

OY KEIKKAUS NETHERLANDS SWEEPSTAKES
LOTTERY, STANDARD TRUST BANK
INTERNATIONAL, PLC, and THE HIGH COURT
OF NIGERIA,
          Defendants.
```

MEMORANDUM AND ORDER

On March 2, 2005, a Memorandum and Order (#4) issued directing the Plaintiff Christopher Woodward Clem to show cause why this case should not be dismissed, for the reasons stated therein, including lack of subject matter jurisdiction over his claims he was the victim of an internet lottery/sweepstakes scheme.

On March 11, 2005, Plaintiff responded to that Order requesting this Court not to dismiss his action. He states his belief that he will lose the food stamps and other public assistance benefits he receives if he fails to pursue this action. He also indicates the Greenfield Police Department has ordered him to pursue this case in order to become "a self sufficient citizen of the community instead of being a lazy vagrant." He states he really needs the money from the defendants, who are unwilling to pay him, and he has no other means of support, and no assets or income.

While Plaintiff's position is indeed unfortunate, the mere request not to dismiss this action, without more, fails to make a sufficient showing that this Court has subject matter jurisdiction over this matter.

Accordingly, for the reasons set forth in the Memorandum and Order (#4) and for the failure of Plaintiff to show cause why this action should not be dismissed, it is hereby ORDERED that the above captioned matter is Dismissed in its entirety.

Dated at Boston, Massachusetts, this <u>24th</u> day of <u>March</u>, 2005.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE