```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

CHRISTOPHER WOODWARD CLEM,
            Plaintiff,
                                       Civil Action
            v.                         No. 04-12163-JLT

OY KEIKKAUS NETHERLANDS SWEEPSTAKES
LOTTERY, STANDARD TRUST BANK
INTERNATIONAL, PLC, and THE HIGH COURT
OF NIGERIA,
            Defendants.
```

## ORDER OF DISMISSAL

TAURO, D.J.

   In accordance with the Memorandum and Order dated March 24, 2005, directing dismissal of this action for the reasons stated therein, it is hereby ORDERED that the above captioned matter be dismissed in its entirety.


                                       By the Court,

                                       /s/ Zita Lovett
                                       Deputy Clerk
       Dated: March 24, 2005