August 1, 2005
Mr. Christopher W. Clem
60 Bayberry Court
Greenfield, MA 01301-9524

Judge Joseph Tauro
U.S. District Court
One Courthouse Way
Boston, MA

Dear Judge Tauro:

      Last fall in your court, I filed a lawsuit that you arbitrary dismissed Last April against Keikkaus and Toscalli in order to get my $1.2 million prize that I badly needed to survive in the world. As I'm unemployed and no one will Give me a job and I was laid off a vocational training program that was closing please send me hundreds if not thousands of dollars as a gift.

Very Truly Yours;

*[signature]*

Mr. Christopher W. Clem

Enclosures: An offer of $1.5 million dollars

Yahoo! Mail - christopherclem@yahoo.com  Page 1 of 3

Case 1:04-cv-12163-JLT   Document 8   Filed 08/03/2005   Page 2 of 4

Yahoo! Mail - christopherclem@yahoo.com    Page 1 of 3

Case 1:04-cv-12163-JLT    Document 8    Filed 08/03/2005    Page 2 of 4

Yahoo!  My Yahoo!  Mail

**YAHOO! MAIL**  Welcome, **christopherclem**  [Sign Out, My Account]

Search the Web  **Search**

Mail Home - Mail Tutorials - Help



**FREE Dinner for Two at Applebee's** — Applebee's Neighborhood Grill & Bar — Click to claim — *see offer details  ©2005 YourGi...*

| Mail | Addresses ▼ | Calendar ▼ | Notepad ▼ | What's New - Mail Upgrades - Mail Options |

[Check Mail] [Compose]            [Search Mail ▼]  [Search the Web]

Sign up for VONAGE & get 1 free month

Previous | Next | Back to Messages                    Printable View - Full Headers

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Folders** [Add - Edit]

**Inbox**
Draft
Sent
Bulk  [Empty]
Trash [Empty]

What's your Credit Score? See it FREE!

Online Degree Programs

$160,000 Loan only $600/mo.

$150K loan for only $550/month!

**From:** "bluechips lottery" <info@blcel.net>  Add to Address Book
**Subject:** You have won
**Date:** Fri, 29 Jul 2005 16:15:38 +0000

We are pleased to inform you from BLUE CHIPS ELECTRONIC
LOTTO INC of the announced on the 29th July 2005 as one
of the lucky winners of The BLUE CHIPS Electronic Lotto Inc
Lotto draws, held on the 25th Of July 2005 as part of Our
e-business promotional draws end.

Participants in the draws were selected through a computer
ballot system drawn from 2,500,000 email addresses of
individuals and companies from Africa, America, Asia,
Australia, Europe, Middle East, as part of our electronic
business Promotions.

You qualified for the draw as a result of your visiting
various websites we are running the Electronic-business
promotions for. You/Your Company email address, attached
with REFERENCE NUMBER: SEL-PD23-711W-9 , BATCH NUMBER:
79-124-WAN with serial number 215-18 drew the lucky numbers
12, 19, 27, 30, 34, 52, 89, and consequently
won the 2005 1ST Quarter draw.

You have therefore been approved for a lump sum pay out of
US$1,500,000.00 in cash, which is the winning payout for
First category winners. This is from the total prize money
of US$10,500,000.00 shared among the seven winners in the
First category.
CONGRATULATIONS!

Your winnings should be claimed from our paying Agents.
(POLOKWANE Finance
Limited) As we have notified them. Due to the mix that may
arise from emails of winners and numbers we ask that you

keep this award strictly from public notice until your claim has been processed and your money remitted to you. This is part of our security protocol to avoid double claiming or unscrupulous acts by participants of this program.

We hope with a part of your prize, you will participate in our End of year (2005) high stakes US$1.1 billion! International Lottery. To begin your claim, please contact our paying agent who also will be your claim agent immediately:

MR. JOSEPH MBIKA
MANAGER BROKERAGE SERVICE
POLOKWANE FINANCE LIMITED
Email: jombika@gmail.com
TEL: +27-73-6167588
FAX: +27-12-3499479
For due processing and remittance of your prize money, Remember you must contact your claim agent not later than 15th of August 2005 after this date, all funds will be returned as unclaimed.
NOTE: In order to avoid unnecessary delays and complications, please remember to quote your reference and batch numbers provided below in every one of your correspondences with your claims agent. REFERENCE NUMBER: SEL-PD23-711W-9
BATCH NUMBER: 79-124-WAN. Also to begin your Claim sends to your claim agent the following information by email.

(1) YOUR BATCH AND REFFERENCE NUMBERS AND AMOUNT WON
(2) YOUR FULL NAME
(3) YOUR ADDRESS
(4) A COPY OF YOUR ID (PASSPORT OR DRIVERS LISCENCE)
(5) CONTACT TLEPHONE, MOBILE PHONE NUMBER AND FAX NUMBER
Congratulations once again from all our staff and thank you for being part of our promotions program.
Sincerely,
THE LOTTO AWARDS MANAGER,
BLUE CHIPS ELECTRONIC LOTTO INC.
22 PRETORIUS STREET
JOHANNESBURG,
SOUTH AFRICA.
N.B. Any breach of confidentiality on the part of the winners will result to disqualification. Please do not reply to this mail. Contact your claims agent by email or fax.



Delete | Reply | Forward | Spam | Move...

Previous | Next | Back to Messages                                    Save Message Text

Check Mail | Compose                                Search Mail | Search the Web

Copyright © 1994-2005 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback

NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy